UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIA A. RODRIGUEZ-GALAN,                    :
                                             :
                           Plaintiff,        :        26-CV-2848 (VSB) (RWL)
                                             :
           - against -                       :
                                             :        **ORDER**
NEW YORK CITY DEPARTENT OF                   :
EDUCATION, et al.,                           :
                                             :
                           Defendant.        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        This order addresses Defendants' June 5, 2026 letter at Dkt. 15.  The request is

granted in part and denied in part.  The initial case conference on June 24, 2026 will

proceed as scheduled.  The parties do not need to submit (or meet and confer about) a

case management plan before the conference.  The Court will address Defendants'

request to stay discovery at the June 24, 2026 conference.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: June 5, 2026
       New York, New York

Copies transmitted this date to all parties of record.  The Court respectfully requests the
Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Maria Rodriguez-Galan
1365 St. Nicholas Ave., Apt. 4J
New York, NY 10033

1