UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIA A. RODRIGUEZ-GALAN,                         :
                                                  :
                              Plaintiff,          :        26-CV-2848 (VSB) (RWL)
                                                  :
              - against -                         :
                                                  :        **ORDER**
NEW YORK CITY DEPARTMENT OF                        :
EDUCATION, et al.,                                :
                                                  :
                              Defendants.         :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the case management conference held via Microsoft Teams on

June 24, 2026, discovery is STAYED pending determination of Defendants' pending

motion to dismiss.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 24, 2026
       New York, New York

Copies transmitted this date to all parties of record. The Court respectfully requests the
Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Maria Rodriguez-Galan
1365 St. Nicholas Ave., Apt. 4J
New York, NY 10033